IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

_Anthony H Hansbro_
(Enter Above the Name of the Plaintiff in this Action)

vs.

_Ian White_
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

_Anthony H Hansbro_
Name - Full Name Please - PRINT

_1335 Wesley Avenue apt 110_
Street Address

_Springfield Ohio 45503_
City, State and Zip Code

_937-727-5627_
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Ian White_
   Name - Full Name Please
   _30 East Apple St Dayton Ohio 45422_
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The plaintiff anthony Stansbro had a Herniated Disc issue, that lead to getting Surgery by Nerosurgeon Ian White on July 24, 2021 at Miami Valley Hospital in Dayton Ohio, after the surgery I was unable to move my right foot, which Immediately raised a red flag with me, after going to two rehabilitation center, requested by the Surgeon Ian White, my ability to walk without assistance, never came back to me leaving the plaintiff paralyzed for life the plaintiff was discharged from Ian White practice, leading the plaintiff to pursue second and third oppinion, from other Nerosurgeon, where the plaintiff found out by there Surgeon, that according to them screws that were put in my back, come loose after my surgery, and the infusion process was compromised, resulting in the plaintiff having a pinch nerve, that to the plaintiff denise resulted in permenant paralysis for the plaintiff for the duration of my life.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 2022CV4505 | anthony Hansbro | vs. lon white |
| | | vs. |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

The plaintiff in this civil dispute highly prays this issue can be resolved with a jury trial, were the plaintiff fate is determine by a jury of my peers, It would be a blessing if this malepractice case could be reopend or reversed so the plaintiff can merely go to trial with admiration of winning this civil suit, secondly if this court would be gracious enough to grant me counsel, It would be a blessing as a pro-Se litigont Ive faced barriers that has stop me from getting this case to trial the plaintiff is asking for mercy upon his behalf, the decision is up to this court to Decide.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of april, 20 23

anthony h Hansbro
Signature of Plaintiff

More Details in merondrem in support of God Bless I need help