UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ANTHONY L. HANSBRO, | Case No. 3:23-cv-124 |
| Plaintiff, | |
| vs. | District Judge Walter H. Rice |
| | Magistrate Judge Peter B. Silvain, Jr. |
| IAN WHITE, | |
| Defendant. | |

## ORDER

This case is before the Court upon Plaintiff's Motion for Extension ("Motion"). (Doc. #7). In his Motion, Plaintiff requests additional time to respond to the undersigned's Report and Recommendations dated October 6, 2023 (Doc. #2) as well as Defendant's Motion to Dismiss (Doc. #4) because he is *pro se* and needs additional time to prepare his responses. (Doc. #7, *PageID* #40). For good cause shown, Plaintiff's Motion (Doc. #7) is **GRANTED**. The deadlines for Plaintiff's objections to the undersigned's October 6, 2023 Report and Recommendations (Doc. #2) and his memorandum in opposition to Defendant's Motion to Dismiss (Doc. #4) is hereby **EXTENDED** until November 14, 2023.

**IT IS SO ORDERED.**

October 31, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge