AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Anthony L. Hansbro <br> *Plaintiff* <br> v. <br> Ian White <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:23-cv-124 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**  Judgment in favor of Defendant and Against Plaintiff.  The case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice _____ Adopting the Report and Report and Recommendations of the United States Magistrate Judge, Overruling Plaintiff's Objections thereto, and Dismissing Plaintiff's Case for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(d)(1).

Date:  15 February 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*